NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Claudia E. Aguayo, Nev. Bar No. 8351
Assistant City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation, RYANN JUDEN; SEAN HOEFFGEN; CINDY MARSHALL; and ERIN TELLEZ,<br><br>Defendants. | CASE NO. 2:21-cv-00199-JCM-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff Veronica Howard ("Plaintiff") and Defendants, CITY OF NORTH LAS VEGAS, and RYANN JUDEN ("Defendants"), by and through their attorneys of record, hereby stipulate to the following:

///

///

///

1

#R10IWB0Q0D5HZQv1

IT IS STIPULATED that Defendants may have up to and including March 1, 2021 to file a response to Plaintiff's Complaint in order to include all unserved and proper parties.

DATED this 10th day of February, 2021

NORTH LAS VEGAS CITY ATTORNEY

By  /s/ Daniel S. Ivie, Esq.
_____
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Claudia E. Aguayo, Nev. Bar No. 8351
Assistant City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendants*

DATED this 10th day of February, 2021

LAW OFFICES OF ROBERT SPRETNAK

By  /s/Robert P. Spretnak, Esq.
_____
Robert P. Spretnak, Nev Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated:  February 17, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

#R10IWB0Q0D5HZQv1