```
 1  NORTH LAS VEGAS CITY ATTORNEY
    Micaela Rustia Moore, Nev. Bar No. 9676
 2  City Attorney
    Claudia E. Aguayo, Nev. Bar No. 8351
 3  Assistant City Attorney
    Marisa Rodriguez, Nev. Bar No. 13234
 4  Senior Deputy City Attorney
    Daniel S. Ivie, Nev. Bar No. 10090
 5  Deputy City Attorney
 6  2250 Las Vegas Blvd. North, Suite 810
    North Las Vegas, Nevada 89030
 7  Telephone: (702) 633-1050
    Facsimile: (702) 649-8879
 8
 9
    Attorneys for Defendants
10
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| VERONICA HOWARD,                           | CASE NO. 2:21-cv-00199-JCM-DJA |
|---|---|
| Plaintiff,                                 |                                |
| v.                                         |                                |
| CITY OF NORTH LAS VEGAS, a municipal corporation, RYANN JUDEN; SEAN HOEFFGEN; CINDY MARSHALL; and ERIN TELLEZ, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT – SECOND REQUEST** |
| Defendants.                                |                                |

Plaintiff Veronica Howard ("Plaintiff") and Defendants, CITY OF NORTH LAS VEGAS, and RYANN JUDEN ("Defendants"), by and through their attorneys of record, hereby stipulate to the following:

///

///

///

1

#QW6DWHEL0D46AYv1

The parties agree to an additional one-week extension up to and including March 8, 2021, for Defendants to file a response to Plaintiff's Complaint in order to include all unserved and proper parties.

DATED this 1st day of March, 2021

NORTH LAS VEGAS CITY ATTORNEY

By  /s/ Daniel S. Ivie, Esq.
_____
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Claudia E. Aguayo, Nev. Bar No. 8351
Assistant City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendants*

DATED this 1st day of March, 2021

LAW OFFICES OF ROBERT SPRETNAK

By  /s/Robert P. Spretnak, Esq.
_____
Robert P. Spretnak, Nev Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: March 2, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

#QW6DWHEL0D46AYv1