LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Esq. (Bar No. 9676)
Claudia E. Aguayo, Esq. (Bar No. 8351)
Marisa Rodriguez, Esq. (Bar No. 13234)
Daniel S. Ivie, Esq. (Bar No. 10090)
2250 Las Vegas Boulevard North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Fax: (702) 649-8879
Email: moorem@cityofnorthlasvegas.com; aguayoc.@cityofnorthlasvegas.com; rodriguezm@cityofnorthlasvegas.com; ivied@cityofnorthlasvegas.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VERONICA HOWARD,

    Plaintiff,

vs.

CITY OF NORTH LAS VEGAS,
a municipal corporation; RYANN JUDEN;
SEAN HOEFFGEN; CINDY MARSHALL;
and ERIN TELLEZ,

    Defendants.

Case No.: 2:21-cv-00199-JCM-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 14]**

**(First Request)**

Plaintiff VERONICA HOWARD and Defendants CITY OF NORTH LAS VEGAS, a municipal corporation, RYANN JUDEN, SEAN HOEFFGEN, CINDY MARSHALL, and ERIN TELLEZ, (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend until **April 5, 2019,** the time for Plaintiff to file her points and authorities in opposition to "Defendants City of North Las Vegas, Ryann Juden, Sean Hoeffgen, Cindy Marshall and Erin Tellez' Motion to Dismiss Plaintiff's Complaint" [ECF No. 14]. This motion was filed on March 8, 2021; therefore, pursuant to LR 7-2(b), Plaintiff's opposition currently is due to be filed by March 22, 2021.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

There is good cause for entering into this stipulation. Plaintiffs' counsel has had a number of significant scheduling conflicts over the two-week period set for filing the opposition briefing, which are continuing into the two-week extension period. For this reason, a brief delay is requested from the Court.

DATED: 16 March 2021.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: 16 March 2021.

NORTH LAS VEGAS CITY ATTORNEY

By: /s/ Marisa Rodriguez
    Micaela Rustia Moore, Esq.
    Claudia E. Aguayo, Esq.
    Marisa Rodriguez, Esq.
    Daniel S. Ivie, Esq.

Attorneys for Defendants

2250 Las Vegas Boulevard North, Suite 810
North Las Vegas, Nevada 89030

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 17, 2021