NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Claudia E. Aguayo, Nev. Bar No. 8351
Assistant City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation, RYANN JUDEN; SEAN HOEFFGEN; CINDY MARSHALL; and ERIN TELLEZ,<br><br>Defendants. | CASE NO. 2:21-cv-00199-JCM-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Plaintiff Veronica Howard ("Plaintiff") and Defendants, CITY OF NORTH LAS VEGAS, RYANN JUDEN, SEAN HOEFFGEN, CINDY MARSHALL and ERIN TELLEZ ("Defendants"), by and through their attorneys of record, hereby stipulate to the following:

///

///

///

#R4XAFGXT0DBHXFv1

1  The parties agree to an extension up to and including April 22, 2021, for Defendants to
2  file a reply in support of its Motion to Dismiss Plaintiff's Complaint.

3  DATED this 12th day of April, 2021             DATED this 12th day of April, 2021

4  NORTH LAS VEGAS CITY ATTORNEY            LAW OFFICES OF ROBERT SPRETNAK

6  By   /s/ Daniel S. Ivie                              By   /s/ Robert P. Spretnak

Micaela Rustia Moore, Nev. Bar No. 9676         Robert P. Spretnak, Nev Bar No. 5135
City Attorney                                    8275 S. Eastern Avenue, Suite 200
Claudia E. Aguayo, Nev. Bar No. 8351             Las Vegas, Nevada 89123
Assistant City Attorney                          *Attorneys for Plaintiff*
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated:  April 14, 2021

_____
James C. Mahan
United States District Judge

#R4XAFGXT0DBHXFv1