NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Claudia E. Aguayo, Nev. Bar No. 8351
Assistant City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation, RYANN JUDEN; SEAN HOEFFGEN; CINDY MARSHALL; and ERIN TELLEZ,<br><br>Defendants. | CASE NO. 2:21-cv-00199-JCM-DJA<br><br>**STIPULATION AND ORDER CONTINUING THE EARLY NEUTRAL EVALUATION** |

Plaintiff Veronica Howard ("Plaintiff") and Defendants, CITY OF NORTH LAS VEGAS, RYANN JUDEN, SEAN HOEFFGEN, CINDY MARSHALL, AND ERIN TELLEZ ("Defendants"), by and through their attorneys of record, hereby stipulate to the following:

WHEREAS this Court scheduled an Early Neutral Evaluation (ENE) in the above referenced matter for July 30, 2021 at 9:00 AM.

WHEREAS the attorney who will be appearing for Defendants is scheduled to be out of the office and unavailable on that date.

WHEREAS counsel for Plaintiff has a matter set for trial on a stacked calendar in a different matter on that date.

Accordingly, IT IS STIPULATED ENE currently scheduled for July 30, 2021, be continued to a date and time in August convenient for the Court after August 9, except on August 13, 2021.

DATED this 23rd day of June, 2021

NORTH LAS VEGAS CITY ATTORNEY

By: /s/ Marisa Rodriguez_____
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Claudia E. Aguayo, Nev. Bar No. 8351
Assistant City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090 Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810 North
Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendants*

DATED this 23rd day of June, 2021

LAW OFFICES OF ROBERT SPRETNAK

By: /s/ Robert P. Spretnak_____
Robert P. Spretnak, Nev Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that an **in-person** Early Neutral Evaluation Session ("ENE") is continued to **Thursday, September 9, 2021**. Plaintiff must report to the chambers of the undersigned United States Magistrate Judge, Room 4068, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada at **9:00 a.m.** Defendants must report to the chambers of the undersigned at **9:30 a.m.**

The written evaluation statement, with exhibits, not to exceed 50 pages, must be delivered electronically to Emily_Santiago@nvd.uscourts.gov by noon on September 2, 2021.

Dated: __June 23, 2021__

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE