NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Claudia E. Aguayo, Nev. Bar No. 8351
Assistant City Attorney
Marisa Rodriguez, Nev. Bar No. 13234
Senior Deputy City Attorney
Daniel S. Ivie, Nev. Bar No. 10090
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation, RYANN JUDEN; SEAN HOEFFGEN; CINDY MARSHALL; and ERIN TELLEZ,<br><br>　　　　　　Defendants. | CASE NO.  2:21-cv-00199-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

　　IT IS HEREBY STIPULATED by and between Plaintiff Veronica Howard ("Plaintiff"), through her counsel the Law Offices of Robert P. Spretnak, and Defendants City of North Las Vegas, Ryann Juden, Sean Hoeffgen, Cindy Marshall and Erin Tellez ("Defendants"), through their counsel North Las Vegas City Attorney's Office, as follows:

　　The current deadline to file dispositive motions (May 4, 2022), be extended thirty (30) days, to June 5, 2022.  The Parties have been diligently pursuing discovery, including the depositions of Plaintiff and several of Defendants' employees and key witnesses. These discovery

efforts have resulted in thousands of pages of documents and many pages of deposition transcripts, all of which the Parties must review synthesize and in preparation to file their dispositive motions in this case. The Parties therefore request an additional 30 days so that they may review the voluminous discovery documents and deposition transcripts in order to prepare their respective dispositive motions.

This stipulation and order is sought in good faith and not for the purpose of delay.

DATED this 7th day of April, 2022

NORTH LAS VEGAS CITY ATTORNEY

By: */s/ Marisa Rodriguez*
   Micaela Rustia Moore, Nev. Bar No. 9676
   Claudia E. Aguayo, Nev. Bar No. 8351
   Marisa Rodriguez, Nev. Bar No. 13234
   Daniel S. Ivie, Nev. Bar No. 10090
   2250 Las Vegas Blvd. North, Suite 810
   North Las Vegas, Nevada 89030
   (702) 633-1050
*Attorneys for Defendants*

DATED this 7th day of April, 2022

LAW OFFICES OF ROBERT SPRETNAK

By: */s/ Robert P. Spretnak*
   Robert P. Spretnak, Nev Bar No. 5135
   8275 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
   (702) 454-4900
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE

DATED: April 19, 2022